UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

          Plaintiff,                      Case No. 1:09:CR:275

v.

                                         HON. GORDON J. QUIST

LINORO BRAVO-DIAZ,

          Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed October 30, 2009, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Linoro Bravo-Diaz's plea of guilty to Count One of the Indictment is accepted. Defendant Linoro Bravo-Diaz is adjudicated guilty.

3.      Defendant Linoro Bravo-Diaz shall be detained pending sentencing.

Dated: November 20, 2009                    _____/s/ Gordon J. Quist_____
                                            GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE